Electronically Filed
Supreme Court
SCWC-18-0000464
15-DEC-2022
09:35 AM
Dkt. 5 ODSAC

SCWC-18-0000464

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, DEPARTMENT OF EDUCATION, BY AND THROUGH ITS ATTORNEY GENERAL, Respondent/Plaintiff-Appellee,

vs.

SANDRA J. ROBERTS,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000464; CIVIL NO. 1RC16-1-07889)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ of Certiorari, postmarked on November 25, 2022, is hereby dismissed as untimely.

DATED: Honolulu, Hawai'i, December 15, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

